[No. 1766-3.   Division Three.   December 8 ,1976.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LYNN FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 66026, John C. Tuttle, J., entered March

26, 1976. *Affirmed* by unpublished opinion per Shields, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.